LAW OFFICES OF JOHN W. CARPENTER
John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorneys for Plaintiff, Technology Licensing Company

Anton N. Handal (Bar No. 113812)
Pamela C. Chalk (Bar No. 216411)
Gabriel G. Hedrick (Bar No. 220649)
HANDAL & ASSOCIATES
Civic Center Plaza
1200 Third Avenue, Suite 1321
San Diego, CA 92101
Telephone: (619) 544-6400
Facsimile: (619) 696-0323

Attorneys for Defendant Memcorp, Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MEMCORP, INC.,<br><br>　　　　Defendant. | CASE NO.  CV 06-7110 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:  Marilyn Hall Patel |

,

**Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING COMPANY, INC., ("TLC"), and Defendant MEMCORP, INC ("Memcorp") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for April 2, 2007 at 4:00 PM. The parties are currently discussing settlement of the matter and the parties believe they may be able to resolve the case without further court action. The parties have agreed that it would be in their respective best interests to seek a continuance of the Initial Case Management Conference to June 4, 2007 at 4:00 PM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to June 4, 2007 at 4:00 PM, or to whatever date and time thereafter as set by the Court.

Respectfully submitted,

DATED: March 20, 2007                JOHN W. CARPENTER


By ____/s/_____
John W. Carpenter
Attorney for Plaintiff Technology Licensing Company


DATED: March 20, 2007                HANDAL & ASSOCIATES

By _____/s/_____
Gabriel G. Hedrick
Attorneys for Memcorp, Inc.

- 2 -   STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
CV 06-7110 (MHP)

1 **ORDER**

2      PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

3 ORDERED.

4 Dated __March 22_____, 2007   _____

5                                                 The Honorable Marilyn H. Patel

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED / (signature) / Judge Marilyn H. Patel]*

- 3 -   STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
CV 06-7110 (MHP)