| | |
|---|---|
| LAW OFFICES OF JOHN W. CARPENTER<br>John W. Carpenter (Bar No. 221708)<br>john@jwcarpenterlaw.com<br>Suite 707<br>405 Davis Court<br>San Francisco, CA 94111<br>Telephone: (415) 374-7157<br>Facsimile: 1-866-410-6248 | Anton N. Handal (Bar No. 113812)<br>Pamela C. Chalk (Bar No. 216411)<br>Gabriel G. Hedrick (Bar No. 220649)<br>HANDAL & ASSOCIATES<br>Civic Center Plaza<br>1200 Third Avenue, Suite 1321<br>San Diego, CA 92101<br>Telephone: (619) 544-6400<br>Facsimile: (619) 696-0323 |
| Attorneys for Plaintiff, Technology Licensing Company | Attorneys for Defendant Memcorp, Corporation. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MEMCORP, INC.,<br><br>    Defendant. | CASE NO. CV 06-7110 (MHP)<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER OF DISMISSAL**<br><br>JUDGE:  Marilyn Hall Patel |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Technology Licensing Company, Inc. ("TLC") and Defendant, Memcorp, Inc. ("MEMCORP"), through their respective counsel, that the above-captioned action filed by Plaintiff TLC is hereby dismissed with prejudice pursuant to and in accordance with the terms of the parties' Settlement Agreement.

| | |
|---|---|
| 1 | The electronic filer attests that the persons whose names appear below have signed this document. See General Order 45, Section X. |
| 2 | |

Respectfully submitted,

DATED: July 30, 2007

JOHN W. CARPENTER

By _____

John W. Carpenter

Attorney for Plaintiff Technology Licensing Company

DATED: July 30, 2007

HANDAL & ASSOCIATES

By _____

Anton N. Handal (Bar No. 113812)
Pamela C. Chalk (Bar No. 216411)
Gabriel G. Hedrick (Bar No. 220649)
HANDAL & ASSOCIATES

Attorneys for Memcorp, Inc.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated August 1, 2007

_____
The Honorable Marilyn Hall Patel
Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Marilyn H. Patel]

- 2 -

STIP. AND PROPOSED ORDER OF DISMISSAL
CV 06-7110 (MHP)